**Fill in this information to identify the case:**

Debtor 1       JERRY BUTLER

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi

Case number  23-01099

Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**
Regions Bank

**Court claim no.** (if known): 9

**Date of payment change:**
Must be at least 21 days after date
of this notice                                    06/01/2026

**New total payment:**
Principal, interest, and escrow, if any     $ 1854.87
*For HELOC payment amounts, see Part 3*

**Last 4 digits** of any number you use to
identify the debtor's account:         7   9   6   1

---

**Part 1:    Escrow Account Payment Adjustment**

1.  **Will there be a change in the debtor's escrow account payment?**

    ☐ No
    ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis
       for the change. If a statement is not attached, explain why:

    **Current escrow payment:** $ 780.63                    **New escrow payment:** $ 633.20

**Part 2:    Mortgage Payment Adjustment**

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    ☑ No
    ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not
       attached, explain why:

    **Current interest rate:** _____ %          **New interest rate:** _____ %

    **Current principal and interest payment:** $ _____          **New principal and interest payment:** $ _____

**Part 3:    Annual HELOC Notice**

3.  **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

    ☑ No
    ☐ Yes.

       **Current HELOC payment:**        $ _____

       **Reconciliation amount:**        + $ _____  or

                                          - $ _____

---

Official Form 410S1                     **Notice of Mortgage Payment Change**                     page 1

Debtor 1 __JERRY BUTLER_____   Case number (*if known*) __23-01099_____
First Name        Middle Name        Last Name

Amount of next payment (including reconciliation amount)                    $_____

Amount of the new payment thereafter (without reconciliation amount)       $_____

## Part 4:   Other Payment Change

4.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

❑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)
Reason for change:

Current mortgage payment: $ _____            New mortgage payment: $ _____

## Part 5:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ __/s/Rosezella Paige_____            Date __04/14/2026_____
Signature

Print: __Rosezella Paige_____            __Default Solutions Processing Specialist_____
First Name        Middle Name        Last Name            Title

Company  __Regions Bank_____

Address  __6200 Poplar Ave 4th Floor_____
Number        Street

_____
Address 2

__Memphis_____   __TN__   __38119____
City                          State   ZIP Code

Contact phone  __800-748-9498_____            __rosezella.paige@regions.com_____
Email

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page **2**

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

Chapter  13  No.  23-01099
Judge:  Jamie A. Wilson

In re:

JERRY BUTLER &

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before April 17, 2026 via filing with the US Bankruptcy Courts CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Mail Postage Prepaid.

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid.

JERRY BUTLER
3270 KIMBELL RD

TERRY MS 39170-9449

By U.S. Postal Service First Class Mail Postage Prepaid.

Debtor's Attorney:

By U.S. Postal Service First Class Mail Postage Prepaid.

THOMAS CARLL ROLLINS
THE ROLLINS LAW FIRM PLLC
P O BOX 13767

JACKSON MS 39236-3767

By U.S. Postal Service First Class Mail Postage Prepaid.

N/A

Trustee:

By U.S. Postal Service First Class Mail Postage Prepaid.

HAROLD J BARKLEY

PO BOX 4476

Jackson MS 39216-4476

/s/Rosezella Paige

Default Solutions Processing Specialist

Regions Bank

**▲ REGIONS**

Representation of Printed Document

PO BOX 18001
HATTIESBURG, MS 39404-8001

JERRY BUTLER
WILLIE MAE HOBSON-BUTLER
3270 KIMBELL RD
TERRY MS  39170-9449

### Contact Us

**24 Hour Automated Service:**   1-800-986-2462

Customer Service Hours

Monday - Friday, 7:00 a.m. - 6:00 p.m. CST

**Correspondence Address:**

P.O. Box 18001
Hattiesburg, MS 39404-8001

**www.regionsmortgage.com**

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

### Payment Information

ACCOUNT NUMBER: ▮
ANALYSIS DATE:                          04/10/26

| | PAYMENT As of 06/01/25 | NEW PAYMENT As of 06/01/26 |
|---|---|---|
| Principal & Interest (P&I) | 1,221.67 | 1,221.67 |
| Escrow Payment | 540.88 | 583.49 |
| Prorated Shortage | 239.75 | 49.71 |
| **Total** | **2,002.30** | **1,854.87 \*** |

### Coming Year Escrow Projections

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

EQUAL HOUSING LENDER

**ANTICIPATED ESCROW DISBURSEMENTS**

| | |
|---|---|
| MORTGAGE INS | 1,316.76 |
| COUNTY TAX | 2,698.31 |
| HAZARD INS | 2,986.82 |
| TOTAL DISBURSEMENTS | 7,001.89 |

1/12th Total Annual Disbursements
Per PaymentDeposit          583.49

**ACCOUNT PROJECTIONS**

| MONTH | ANTICIPATED AMOUNT TO ESCROW | ANTICIPATED AMOUNT FROM ESCROW | DESCRIPTION | PROJECTED ESCROW ACCOUNT BALANCE | REQUIRED ESCROW ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | | | Beginning Balance | 351.06 | 947.53 |
| 06/26 | 583.49 | 109.73- | PMI INS | 824.82 | 1,421.29 |
| 07/26 | 583.49 | 109.73- | PMI INS | 1,298.58 | 1,895.05 |
| 08/26 | 583.49 | 109.73- | PMI INS | 1,772.34 | 2,368.81 |
| 09/26 | 583.49 | 109.73- | PMI INS | 2,246.10 | 2,842.57 |
| 10/26 | 583.49 | 109.73- | PMI INS | 2,719.86 | 3,316.33 |
| 11/26 | 583.49 | 109.73- | PMI INS | 3,193.62 | 3,790.09 |
| 12/26 | 583.49 | 109.73- | PMI INS | 3,667.38 | 4,263.85 |
| 01/27 | 583.49 | 109.73- | COUNTY TAX | 4,141.14 | 4,737.61 |
| 01/27 | | 2,698.31- | PMI INS | 1,442.83 | 2,039.30 |
| 02/27 | 583.49 | 109.73- | PMI INS | 1,916.59 | 2,513.06 |
| 03/27 | 583.49 | 109.73- | PMI INS | 2,390.35 | 2,986.82 |
| 04/27 | 583.49 | 109.73- | PMI INS | 2,864.11 | 3,460.58 |
| 05/27 | 583.49 | 109.73- | HAZARD INS | 3,337.87 | 3,934.34 |
| 05/27 | | 2,986.82- | | 351.05 | 947.52 < |
| TOTAL | 7,001.88 | 7,001.89- | | | |

### PROJECTED ESCROW BALANCE SUMMARY

The right side of this form is a comparison of the projected low point of your escrow account to the allowable low point to determine an overage or shortage. The low point balance is the lowest amount your escrow account should reach over a 12 month period.

Your ending balance, from the last month of the account history is $351.06. Your starting balance according to this analysis should be $947.53.

This means you have a shortage of $596.47.

This shortage may be collected from you over a period of 12 payments or more. We have decided to collect it over 12 payments.

Your mortgage payment for the coming year will be $1,854.87 of which $1,221.67 will be for principal and interest and $633.20 will go into your escrow account.

720-2062-0319F

If this loan is included in an active bankruptcy case and was not reaffirmed by order of the Bankruptcy Court, or if you received a bankruptcy discharge associated with your loan, this statement is being provided for informational purposes only and is not an attempt to collect, recover, or offset any discharged debt previously incurred by you. However, we reserve all rights and remedies under the security instrument, including the right to foreclose on the collateral.

If you have preauthorized automatic monthly payments with Regions Mortgage and the NEW PAYMENT amount indicated above differs from your previous payment amount, the amount debited from your deposit account will change. The NEW PAYMENT amount and "as of" date of this change are reflected in the Payment Information box above. The NEW PAYMENT amount will be drafted from your deposit account on the date you chose when authorizing monthly automatic payments.

\* If payments are made automatically through your financial institution's bill pay service, please remember to notify them to adjust your mortgage remittance to reflect the new payment amount.

Internet Reprint

**Please see reverse side for more information.**

**Visit our Website at www.regionsmortgage.com and take advantage of the fast, easy, convenient access to your mortgage loan information. Available 24 hours a day, 7 days a week.**

**Loan Number:** ▮▮▮▮▮▮▮

# ESCROW ACCOUNT HISTORY

**Date: 04/10/26**

- On Oct. 26, 1994, The Department of Housing and Urban Development (HUD) established a nationwide standard escrow accounting method for all loans subject to the Real Estate Settlement Procedures Act (RESPA). This method is known as "aggregate accounting". Your escrow account has been analyzed using this method. Please use this form in conjunction with the accompanying ESCROW ACCOUNT PROJECTION AND HISTORY STATEMENT.

  The left side of this form is a projection of the escrow disbursements for the next year. This may show the actual amount paid for that item, or if unknown, the projection may include a RESPA authorized adjustment to the previous year's disbursement. The total of the projected disbursement(s) is divided by a specific number of months to arrive at the monthly escrow deposit before surplus or shortage adjustment. The monthly escrow deposit is used on the Coming Year Escrow Projection Statement for the "Payments to Escrow".

  At the top of this form, PAYMENT INFORMATION, provides an itemized description of your new payment amount including any required overage, deficiency, and/or shortage adjustment. For comparison, an itemized description of your previous payment has been provided.

- The purpose of the Coming Year Projection is to determine the lowest balance "Low Point" to which your escrow account will decline over the upcoming year.

  The left side of the projection form is a month-to-month description of payments anticipated to be deposited and disbursed from your escrow account. The beginning Escrow Required Balance includes the disbursement of any overage reported or repayment of all shortages and/or deficits. The maximum low point by Federal Law (RESPA) is 2 monthly deposits (1/6) of your total annual disbursements from your escrow account. However, if your loan documents or state law specifies a lower minimum balance, this lesser amount will be the allowable low point for your account.

  The top of this form is a comparison of the projected low point of your escrow account to the allowable low point to determine an overage or shortage. If the projected low point is greater than the allowable low point, there is an overage. If the overage is $10 or greater, it will automatically be refunded to you unless the account is delinquent. If less than $10, we will lower your monthly payments accordingly.

  If the projected low point is less than the allowable low point, there is a shortage and/or deficiency which will be recovered by an adjustment to your monthly payment over the specified number of months. The adjustment amount(s) appear in the Low Balance Summary and Current Payment box.

- This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments, disbursements and escrow balance. By comparing the actual escrow payments to the previous projections listed, you can determine where a difference may have occurred.

- An asterisk (*) indicates a difference from the projected activity in either the amount or date.

- When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

- Your projected low point may or may not have been reached based on one or more of the following factors:

**PAYMENT(S)**
- Monthly payment(s) received earlier OR later than expected
- Monthly payment(s) received were less than OR greater than expected
- Previous overage was returned to escrow
- Previous shortage not paid entirely

**TAXES**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Tax bill paid earlier OR later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**INSURANCE**
- Premium changed
- Coverage changed
- Additional premium paid
- Insurance bill paid earlier OR later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Lender placed insurance premium paid

| MONTH | PAYMENTS TO ESCROW PROJECTED | PAYMENTS TO ESCROW ACTUAL | DISBURSEMENTS FROM ESCROW PROJECTED | DISBURSEMENTS FROM ESCROW ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|
| | | | | | BEGINNING BALANCE | 862.36 | 2,014.61- |
| 06/25 | 540.88 | 780.63 * | 109.73 | * | PMI INS | 1,293.51 | 1,233.98- |
| 06/25 | | | | 109.73 * | PMI INS | 1,293.51 | 1,343.71- |
| 07/25 | 540.88 | 780.63 * | 109.73 | * | PMI INS | 1,724.66 | 563.08- |
| 07/25 | | | | 109.73 * | PMI INS | 1,724.66 | 672.81- |
| 08/25 | 540.88 | 780.63 * | 109.73 | * | PMI INS | 2,155.81 | 107.82 |
| 08/25 | | | | 109.73 * | PMI INS | 2,155.81 | 1.91- |
| 09/25 | 540.88 | 780.63 * | 109.73 | * | PMI INS | 2,586.96 | 778.72 |
| 09/25 | | | | 109.73 * | PMI INS | 2,586.96 | 668.99 |
| 10/25 | 540.88 | 780.63 * | 109.73 | * | PMI INS | 3,018.11 | 1,449.62 |
| 10/25 | | | | 109.73 * | PMI INS | 3,018.11 | 1,339.89 |
| 11/25 | 540.88 | 780.63 * | 109.73 | * | PMI INS | 3,449.26 | 2,120.52 |
| 11/25 | | | | 109.73 * | PMI INS | 3,449.26 | 2,010.79 |
| 12/25 | 540.88 | 780.63 * | 109.73 | * | PMI INS | 3,880.41 | 2,791.42 |
| 12/25 | | | | 109.73 * | PMI INS | 3,880.41 | 2,681.69 |
| 01/26 | 540.88 | 780.63 * | 109.73 | * | PMI INS | 4,311.56 | 3,462.32 |
| 01/26 | | | 2,592.97 | 2,698.31 * | COUNTY TAX | 1,718.59 | 764.01 |
| 01/26 | | | | 109.73 * | PMI INS | 1,718.59 | 654.28 |
| 02/26 | 540.88 | 780.63 * | 109.73 | * | PMI INS | 2,149.74 | 1,434.91 |
| 02/26 | | | | 109.73 * | PMI INS | 2,149.74 | 1,325.18 |
| 02/26 | | | | 2,986.82 * | HAZARD INS | 2,149.74 | 1,661.64- |
| 03/26 | 540.88 | 780.63 * | 109.73 | * | PMI INS | 2,580.89 | 881.01- |
| 03/26 | | | | 109.73 * | PMI INS | 2,580.89 | 990.74- |
| 04/26 | 540.88 | 780.63 * E | 109.73 | * E | PMI INS | 3,012.04 | 210.11- E |
| 04/26 | | | | 109.73 * | PMI INS | 3,012.04 | 319.84- |
| 05/26 | 540.88 | 780.63 * E | 109.73 | 109.73 E | PMI INS | 3,443.19 | 351.06 E |
| 05/26 | | | 2,580.88 | * | HAZARD INS | 862.31 < | 351.06 |
| TOTAL | 6,490.56 | 9,367.56 | 6,490.61 | 7,001.89 | | | |